SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carotek, Inc.          Plaintiff,

- against -

Kobayashi Ventures, LLC   Defendant.

<u>  7  </u> cv <u> 11163 </u> (NRB)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Raymond R. Castello a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Gregory A. Madera
Firm Name: Fish & Richardson P.C.
Address: 225 Franklin Street
City/State/Zip: Boston, MA 02110-2804
Phone Number: (617) 542-5070
Fax Number: (617) 542-8906

Gregory A. Madera is a member in good standing of the Bar of the States of United States District Court for the District of Massachusetts

There are no pending disciplinary proceeding against Gregory A. Madera in any State or Federal court.

Dated: 12/31/2007
City, State: New York, New York

Respectfully submitted,

_____
Sponsor's
SDNY Bar  Raymond R. Castello (RC 2106)
Firm Name: Fish & Richardson P.C.
Address:   153 East 53rd Street 52nd Floor
City/State/Zip: New York, New York 10022-4611
Phone Number: 212 765-5070
Fax Number:   212 258-2291

SDNY Form Web 10/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROTEK, INC.<br><br>Plaintiff,<br><br>v.<br><br>KOBAYASHI VENTURES, LLC<br><br>Defendant | Civil Action. No. 07-11163<br><br>AFFIDAVIT OF RAYMOND CASTELLO<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE* |

Raymond R. Castello , being duly sworn, hereby deposes and says as follows:

1. I am a partner at Fish & Richardson P.C., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Gregory Madera as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Gregory Madera since January, 2004.

4. Mr. Madera is a partner at Fish & Richardson P.C., in Boston, Massachusetts.

5. I have found Mr. Madera to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Gregory Madera, *pro hac vice*.

1

7. I respectfully submit a proposed order granting the admission of Gregory Madera, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Gregory Madera, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

This the 31st day of December, 2007.

        Respectfully submitted,

        */s/ Castello*

        Raymond R. Castello (RC 2106)
        FISH & RICHARDSON P.C.
        Citigroup Center - 52nd Floor
        153 East 53rd Street
        New York, NY 10022-4661
        Tel: 212-765-5070
        Fax: 212-258-2291

        *Attorney for Plaintiff Carotek, Inc.*

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

I, _____Sarah A. Thornton_____, *Clerk of this Court,*

certify that **Gregory A. Madera**, Bar # 313020,

*was duly admitted to practice in this Court on*

_____February 2, 1976_____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _____Boston, Massachusetts_____ on December 14, 2007.
LOCATION                                  DATE

**Sarah A. Thornton**
CLERK                                      DEPUTY CLERK

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carotek, Inc.                              Plaintiff,

                                                                cv        (    )

     - against -
Kobayashi Ventures, LLC       Defendant.        ORDER FOR ADMISSION
                                                 PRO HAC VICE
                                                 ON WRITTEN MOTION

Upon the motion of  Gregory A. Madera   attorney for  Carotek, Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gregory A. Madera |
| Firm Name: | Fish & Richardson P.C. |
| Address: | 225 Franklin Street |
| City/State/Zip: | Boston, MA  02110-2804 |
| Telephone/Fax: | (617) 542-5070 |
| Email Address: | madera@fr.com |

is admitted to practice pro hac vice as counsel for  Carotek, Inc.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2008, a true and correct copy of the foregoing document entitled **PRO HAC VICE MOTION OF GREGORY MADERA** was caused to be served on the Plaintiff by Federal Express, at the following address :

Jeffrey M. Schwaber, Esq.
Stein, Sperling, Bennett, Dejong, Drsicoll & Grenfeig P.C.
25 West Middle Lane
Rockville, MD 20850

_____
An employee of
FISH & RICHARDSON P.C.