SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carotek, Inc.,                      Plaintiff,

                                                          07 cv 11163 (NRB)

          - against -

Kobayashi Ventures, LLC             Defendant.            **ORDER FOR ADMISSION**
                                                          **PRO HAC VICE**
                                                          **ON WRITTEN MOTION**

Upon the motion of Gregory A. Madera attorney for Carotek, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gregory A. Madera |
| Firm Name: | Fish & Richardson P.C. |
| Address: | 225 Franklin Street |
| City/State/Zip: | Boston, MA 02110-2804 |
| Telephone/Fax: | (617) 542-5070 |
| Email Address: | madera@fr.com |

is admitted to practice pro hac vice as counsel for Carotek, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January 24, 2008
City, State: New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY, FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006