UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CAROTEK, INC.,

          Plaintiff/Counter-defendant

  -against-

KOBAYASHI VENTURES, LLC,

          Defendant/Counter-plaintiff.
------------------------------------------------------------ x

07 Civ. 11163 (NRB) (RLE)

**DEFENDANT/COUNTER-PLAINTIFF'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

      Defendant/Counter-plaintiff Kobayashi Ventures, LLC ("Kobayashi Ventures"), by its attorneys, Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., and Gallagher, Harnett & Lagalante LLP, for its Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, states that it has no corporate parents and there are no public companies that own 10% or more of its stock.

Dated: February 8, 2008

                              GALLAGHER, HARNETT & LAGALANTE LLP
                              Attorneys for Defendant/Counter-plaintiff
                              Kobayashi Ventures, LLC

          By: _____
                              /Brian K. Gallagher (BG 6377)
                              (A Member of the Firm)
                              380 Lexington Avenue, Suite 2120
                              New York, New York 10168
                              (212) 983-9700

                                -and-

                              STEIN, SPERLING, BENNETT, DE JONG,
                              DRISCOLL & GREENFEIG, P.C.
                              25 West Middle Lane
                              Rockville, Maryland 20850
                              (301) 340-2020