AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__  DISTRICT OF  __New York__

## APPEARANCE

Case Number: 06-cv-11163

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Carotek, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/25/2008 | *[signature]* |
| Date | Signature |
| | Raymond Castello — RC 2106 |
| | Print Name — Bar Number |
| | Fish & Richardson P.C., 153 E. 53rd St. 52nd Floor |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 765-5070 — (212) 258-2291 |
| | Phone Number — Fax Number |