# Fish & Richardson p.c.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951


MEMO ENDORSED

Citigroup Center
153 East 53rd Street,
52nd Floor
New York, New York
10022-4611

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

VIA HAND DELIVERY

February 29, 2008

Hon. Judge Naomi R. Buchwald
US District Court for Southern District of New York
500 Pearl St., Room 2270
New York, NY 10007

07 CV 11163

Re: Carotek Inc. v. Kobayashi Ventures, Inc.
Our Ref.:   23590-001LL1



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Judge Buchwald:

Plaintiff respectfully requests that this Court grant an extension of time of seven (7) days up to and including March 10, 2008, in which to file its response to Kobayashi Ventures, Inc.'s counterclaims in the above-captioned civil action. Counsel for Defendant Kobayashi Ventures, Inc. has been consulted and does not oppose the extension.

Very truly yours,

Raymond R. Castello

cc: Jeffrey M. Schwaber

30402276.doc

So ordered
Naomi
Reice
Buchwald
USDJ
3/3/08