SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROTEK, INC          Plaintiff,

- against -

KOBAYASHI            Defendant.
VENTURES, LLC

___7___ cv ___11163___ (_NRB_ )

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Raymond R. Castello a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: W. Thad Adams, III
Firm Name: Adams Intellectual Property Law, PC
Address: 201 S. College St., Suite 2350 Charlotte Plaza
City/State/Zip: Charlotte, NC 28244
Phone Number: (704) 375-9249
Fax Number: (704) 375-0729

W. Thad Adams, III      is a member in good standing of the Bar of the States of

There are no pending disciplinary proceeding against W. Thad Adams, III
in any State or Federal court.

Dated:
City, State: New York, New York

Respectfully submitted,

_____
Sponsor's
SDNY Bar (RC 2106)
Firm Name: Fish & Richardson P.C.
Address: 153 E. 53rd Street, Suite 1100
City/State/Zip: New York, NY 10022
Phone Number: 212-765-5070
Fax Number: 212-258-2291

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

Carotek, Inc            Plaintiff,

       - against -

Kobayashi Ventures, LLC     Defendant.

<u> 07 </u> cv <u> 11163 </u> (NRB)

AFFIDAVIT OF
RAYMOND R. CASTELLO
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York  )
                   ) ss:
County of New York )

Raymond Castello, being duly sworn, hereby deposes and says as follows:

1. I am Principal at Fish & Richardson P.C., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Thad Adams as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Thad Adams since December 2007.

4. Mr. Adams is an attorney at Adams Intellectual Property Law, PC, in Charlotte, NC.

5. I have found Mr. Adams to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Thad Adams, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Thad Adams, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Thad Adams, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: March 10, 2008
City, State: New York, NY
Notarized: [signature]

Respectfully submitted,

[signature]
Name of Movant: Raymond R. Castello
SDNY Bar Code: (RC 2106)

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carotek, Inc                             Plaintiff,

                                                                    7   cv   11163   (   )

        - against -
                              Defendant.           **ORDER FOR ADMISSION**
Kobayshi Ventures LLC                              **PRO HAC VICE**
                                                   **ON WRITTEN MOTION**

Upon the motion of Raymond R. Castello attorney for Carotek, Ltd

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    W. Thad Adams, III
    Firm Name:           Adams Intellectual Property Law, PC
    Address:             201 S. College St., Suite 2350 Charlotte Plaza
    City/State/Zip:      Charlotte, NC 28244
    Telephone/Fax:       (704) 375-9249
    Email Address:       704-375-0729

is admitted to practice pro hac vice as counsel for Carotek, Ltd in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                            _____
                                            United States District/Magistrate Judge

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



*I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 14, 1971, a license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to*

### W. THAD ADAMS, III

*according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.*

*To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.*

*WITNESS my hand and the Seal of the Supreme Court of North Carolina at the office in Raleigh, this         March 7, 2008         .*

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PRO HAC VICE MOTION FOR THAD ADAMS** was served on the Defendant by sending copies by E-Mail:

Devin Roger Robinson
Gallagher, Harnett & Lagalante LLP
380 Lexington Avenue, Suite 2120
New York, NY 10168
drobinson@ghl-ny.com

Alexia Bourgerie
Stein, Sperling, Bennett, De Jong & Greenfeig, PC
25 West Middle Lane
Rockville, MD 20850
abourgerie@steinsperling.com

on March 11, 2008.

30403828.doc