SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carotek, Inc.,

Plaintiff,

07 cv 11163 (NRB)

- against -

Kobayashi Ventures, LLC,

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Devin R. Robinson attorney for Kobayashi Ventures, LLC

and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Alexia Kent Bourgerie, Esq. |
| Firm Name: | Stein, Sperling, Bennett, De Jong, Driscoll & Greenfieg, P.C. |
| Address: | 25 West Middle Lane |
| City/State/Zip: | Rockville, Maryland 20850-2204 |
| Telephone/Fax: | (301) 340-2020 |
| Email Address: | ABourgerie@steinsperling.com |

is admitted to practice pro hac vice as counsel for Kobayashi Ventures, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 12, 2008
City, State: New York, NY

United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY   FEE PAID $_____   SDNY RECEIPT#
SDNY Form Web 10/2006