SDNY (Rev 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carotek, Inc              Plaintiff,

                                                            07   cv   11163   (   )
        - against -
                          Defendant.           **ORDER FOR ADMISSION**
Kobayshi Ventures LLC                          **PRO HAC VICE**
                                               **ON WRITTEN MOTION**

Upon the motion of Raymond R. Castello attorney for Carotek, Ltd
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | W. Thad Adams, III |
| Firm Name: | Adams Intellectual Property Law, PC |
| Address: | 201 S. College St., Suite 2350 Charlotte Plaza |
| City/State/Zip: | Charlotte, NC 28244 |
| Telephone/Fax: | (704) 375-9249 |
| Email Address: | 704-375-0729 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

is admitted to practice pro hac vice as counsel for Carotek, Ltd in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 14, 2008
City, State: New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY  FEE PAID $            SDNY RECEIPT#
SDNY Form Web 10/2006