AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 1:07-cv-11163-NRB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT/COUNTER-PLAINTIFF, KOBAYASHI VENTURES, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/28/2008 | *(signature)* |
| Date | Signature |
| | Jeffrey M. Schwaber     4529699 |
| | Print Name     Bar Number |
| | 25 West Middle Lane |
| | Address |
| | Rockville     MD     20850 |
| | City     State     Zip Code |
| | (301) 838-3210     (301) 354-8110 |
| | Phone Number     Fax Number |