# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------x
                                              :
CAROTEK, INC.,                                :
                                              :
              Plaintiff/Counter-defendant     :
                                              :
       v.                                     :        Civil Action No. 07 Civ. 11163(NRB)(RLE)
                                              :
KOBAYASHI VENTURES, LLC,                      :
                                              :
              Defendant/Counter-plaintiff.    :
-----------------------------------------------------x
```

## KOBAYASHI VENTURES, LLC'S NOTICE OF MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE COUNTS I AND II OF ITS COUNTERCLAIM

COUNSEL:

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Alexia Kent Bourgerie, dated June 13, 2008, the Memorandum of Law, dated June 13, 2008, the proposed Order, and all pleadings and proceedings heretofore had herein, Defendant/Counter-plaintiff, Kobayashi Ventures, LLC ("Kobayashi"), by its attorneys, Jeffrey M. Schwaber, Alexia Kent Bourgerie, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., will move this Court, before the Honorable Naomi R. Buchwald, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time set by the Court, pursuant to Federal Rule of Civil Procedure 41, for an order allowing Counter-plaintiff to

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

voluntarily dismiss Counts I and II of the Counter-claim without prejudice.

Dated: June 13, 2008

                                     STEIN, SPERLING, BENNETT, DE JONG,
                                     DRISCOLL & GREENFEIG, P.C.

By:           _____/s/_____
                 Jeffrey M. Schwaber (NY Bar #4529699)
                 Alexia Kent Bourgerie
                 Attorneys for Defendant/Counter-plaintiff
                 Kobayashi Ventures, LLC
                 Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
                 25 West Middle Lane
                 Rockville, Maryland 20850
                 Telephone: (301) 838-3210 (Jeffrey Schwaber)
                 Facsimile: (301) 354-8110 (Jeffrey Schwaber)
                 Email: jschwaber@steinsperling.com
                 Telephone: (301) 838-3232 (Alexia Kent Bourgerie)
                 Facsimile: (301) 354-8132 (Alexia Kent Bourgerie)
                 Email: abourgerie@steinsperling.com

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2008, I will electronically file the foregoing with the Clerk of the Court using the ECF system, which will then send a notification of such filing (NEF) to the following:

> Raymond R. Castello
> Greg Madera
> John Garretson
> Fish & Richardson P.C.
> 153 East 53[rd] Street, 52[nd] Floor
> New York, NY 10022
>
> W. Thad Adams, III
> Adams Intellectual Property Law, P.A.
> 201 South College Street
> Suite 2350 Charlotte Plaza
> Charlotte, NC  28244


By: _____ /s/ _____

Jeffrey M. Schwaber (NY Bar #4529699)
Alexia Kent Bourgerie, *pro hac admission*
Attorneys for Defendant/Counter-plaintiff
Kobayashi Ventures, LLC
Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, Maryland  20850
Telephone:  (301) 838-3210 (Jeffrey Schwaber)
Facsimile:  (301) 354-8110 (Jeffrey Schwaber)
Email: jschwaber@steinsperling.com
Telephone: (301) 838-3232 (Alexia Kent Bourgerie)
Facsimile:  (301) 354-8132 (Alexia Kent Bourgerie)
Email:  abourgerie@steinsperling.com

L:\CLIENTS\K\KobayashiVentures.LLC\Carotek.002\pleadings\418 motion voluntarily dismiss - rev (GHLrevs2).doc

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020