```
USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

CAROTEK, INC.,

                Plaintiff,

    - v -

KOBAYASHI VENTURES, LLC,

                Defendant.

-------------------------------------X

EVENT CAPTURING SYSTEMS, INC.,

                Plaintiff,

    - v -

KOBAYASHI VENTURES, LLC,

                Defendant.

-------------------------------------X

**ORDER**

07 Civ. 11163 (NRB)

08 Civ. 5706 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the case captioned <u>Event Capturing Systems, Inc. v. Kobayashi Ventures, LLC</u>, No. 08 Civ. 5706, (the "Event Capturing Systems case") was filed on June 24, 2008; and

    **WHEREAS** on July 16, 2008 the Event Capturing Systems case was accepted by this Court as related to the case captioned <u>Carotek, Inc. v. Kobayashi Ventures, LLC</u>, No. 07 Civ. 11163 (the "Carotek case"); and

**WHEREAS** a conference call with the parties and the Court was held on July 16, 2008 to discuss (1) Carotek's request to file a motion to seek leave to amend and (2) Kobayashi's request to move to withdraw its patent infringement counterclaims against Carotek without prejudice; and

**WHEREAS** the parties agreed to a consolidation of the Event Capturing Systems and Carotek cases; and

**WHEREAS** because of the agreement to consolidate the cases, Kobayashi withdrew its request to move to withdraw its patent infringement counterclaims against Carotek without prejudice; it is hereby

**ORDERED** that the Event Capturing Systems and Carotek cases are consolidated under the docket number 07 Civ. 11163 (NRB) pursuant to Fed. R. Civ. P. 42; and it is further

**ORDERED** that Carotek's request for leave to file an amended complaint is granted; and it is further

**ORDERED** Kobayashi's request to withdraw its patent infringement counterclaims against Carotek is deemed moot because Kobyashi has withdrawn its request; and it is further

**ORDERED** that the parties shall agree on a briefing schedule on the issues relating to liability under the licensing agreement between Kobayashi and Carotek, which schedule shall provide for a briefing period not to exceed 60 days.

Dated:    New York, New York
          July 17, 2008

```
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE
```

    A copy of the foregoing Order has been mailed on this date to the following:

**Attorneys for Plaintiffs**
Raymond R. Castello, Esq.
Gregory A. Madera, Esq.
W. Thad Adams III, Esq.
Fish & Richardson P.C.
153 East 53rd Street, 52nd Floor
New York, NY 10022-4661

**Attorney for Defendant**
Jeffrey M. Schwaber, Esq.
Stein, Sperling, Bennett, DeJong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, MD 20850