IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVENT CAPTURING SYSTEMS, INC.. ) <br> ) <br> Plaintiff/Counter-defendant, ) <br> ) <br> v. ) <br> ) <br> KOBAYASHI VENTURES, LLC ) <br> ) <br> Defendant/Counter-plaintiff. ) <br> ) | Civil Action. No. 1:08-cv-05706-NRB |

**PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS**

COMES NOW, Plaintiff Event Capturing Systems, Inc. (hereinafter "ECS") and hereby submits the following Reply to the Counterclaims of Defendant Kobayashi Ventures, LLC (hereinafter "Kobayashi").

ECS, responding specifically to each numbered paragraph of Kobayashi's Counterclaims, responds as follows:

57. Admitted as to this being an action brought by Kobayashi Ventures for patent infringement, but denied as to the rest.

58. Denied.

59. Carotek admits that Carotek's ECS business was sold for $1 to ECS, that ECS is owned in part by James Addison Bell, that ECS uses the same shop as Carotek, and that ECS uses the same phone line as Carotek, but denies that the transfer was without documentation, that ECS was a newly formed entity, that ECS is located in

1

      the same office as Carotek space, and that ECS services the same customers that Carotek served.

60. Denied.

61. Denied.

62. Denied.

63. Upon information and belief, admitted.

64. Admitted as to the first two sentences, but denied as to the allegation that ECS' systems incorporate and rely on Kobayashi's Patented Technology.

65. Admitted as to making the admission, but denied as to the remainder of paragraph 65, and denied to the extent that any inference of patent infringement exists or was intended.

66. Admitted.

67. Admitted.

68. Admitted.

69. Denied.

70. Denied.

71. Upon information and belief, admitted.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

### KOBAYASHI VENTURES' FIRST COUNTERCLAIM

#### Patent Infringement

80. Plaintiff repeats and reincorporates by reference the responses set forth in response to paragraphs 57 through 79.

81. Denied.

82. Denied.

83. Denied.

### KOBAYASHI VENTURES' SECOND COUNTERCLAIM

#### Patent Infringement (Inducement)

84. Plaintiff repeats and reincorporates by reference the responses set forth in response to paragraphs 57 through 83.

85. Denied.

86. Denied.

87. Denied.

The allegations in the Prayer for Relief are denied and Plaintiff asks that all relief sought by the Defendant in said Prayer for Relief be denied.

WHEREFORE, Plaintiff ECS prays:

  A. That this Court declare that Kobayashi recover nothing of its Counterclaim against ECS;

  B. That the Court deny any injunctive relief sought by Kobayashi;

  C. That Defendant, its agents, servants, employees, attorneys and all those in active concert or participation with it be enjoined from alleging that ECS is infringing any patent referenced in the Agreement;

  D. That this Court award Plaintiffs interest, costs, attorneys' fees, expenses and such further relief that this Court deems just and equitable; and

  E. That all issues so triable be tried by jury.

This the 25th day of September, 2008.

                                          Respectfully submitted,

                                          /s/ Raymond R. Castello

                                          Raymond R. Castello (RC 2106)
                                          *Attorney for Plaintiff*
                                          *Event Capturing Systems, Inc.*

Raymond R. Castello
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Tel:  212-765-5070
Fax: 212-258-2291
email: Castello@fr.com

Gregory A. Madera
225 Franklin Street
Boston, MA 02110-2804
Tel:  617-542-5070
Fax: 617-542-8906
email: Madera@fr.com

W. Thad Adams, III, Esq.
(N.C. Bar Number 00,020)
**ADAMS INTELLECTUAL PROPERTY P.A.**
201 South College Street
Suite 2350 Charlotte Plaza
Charlotte, NC   28244
Tel:  (704) 375-9249
Fax: (704) 375-0729
e-mail: wta@adamspat.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS** was served on the Defendant by sending copies by **E-Mail**:

>Alexia Bourgerie
>Jeffrey Schwaber
>Stein, Sperling, Bennett, De Jon & Greenfeig, PC
>25 West Middle Lane
>Rockville, MD 20820
>abourgerie@steinsperling.com
>jschwaber@steinsperling.com

on September 25, 2008.

>/s/ Miranda Perkins